# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### PARKERSBURG DIVISION

WILLIAM R. RHODES, et al.,

                Plaintiffs,

v.                                     CIVIL ACTION NO.  6:06-cv-00530

E.I. Du Pont De Nemours and Company,

                Defendant.

### ORDER

Pending the court's resolution of the defendant's Motion for Summary Judgment Based Upon the Statute of Limitations [Docket 279] and Motion for Summary Judgment on the merits [Docket 335], the court **DIRECTS** that this case be stayed and the Scheduling Order is hereby suspended.  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:        September 22, 2009

                Joseph R. Goodwin, Chief Judge